IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02616-JLK

SHANNON BOLES,

        Plaintiff,

v.

M.R.S. ASSOCIATES, INC., a New Jersey corporation,

        Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT has reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (doc. #4), filed February 6, 2008. It is, therefore

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

February 6, 2008        *S/John L. Kane*
DATE        U.S. DISTRICT JUDGE